# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151076

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KAMERON LEO KILGO,
    Defendant-Appellant.

SC: 151076
COA: 325582
Wayne CC: 14-009613-FH

_____/

On January 13, 2016, the Court heard oral argument on the application for leave to appeal prior to decision by the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2016



s0315d

Clerk